IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ABRAHAM GRANT**  **PLAINTIFF**
*ADC #128147*

v.  CASE NO. 2:24-CV-00125-BSM

**E. DION WILSON**
*Circuit Judge, Phillips County*  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE