IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ABRAHAM GRANT**                                                             **PLAINTIFF**
ADC #128147

v.                                  No. 2:24-cv-125-DPM

**E. DION WILSON,**
**Circuit Judge, Phillips County**                                         **DEFENDANT**

JUDGMENT

Grant's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 August 2024