IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ABRAHAM GRANT
ADC #128147                                                                    PLAINTIFF

v.                          No. 2:24-cv-125-DPM

E. DION WILSON, Circuit Judge,
Phillips County                                                                DEFENDANT

## ORDER

In early August 2024, this Court screened Grant's *pro se* complaint and dismissed it. The governing statute requires screening even though Grant paid the filing fee. 28 U.S.C. § 1915A. On the same day in late November 2024, Grant filed a Rule 60(b) motion to reconsider on the merits, a motion to proceed IFP on appeal, and a notice of appeal. While this Court sees no meritorious ground for relief, the motion to reconsider, *Doc. 12*, is denied because the case is now pending in the Court of Appeals. Fed. R. Civ. P. 62.1(a). The IFP motion, *Doc. 14*, is denied because the Court certified that any appeal would not be taken in good faith. *Doc. 9*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 January 2025